UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TYRAL TINSLEY, on behalf of himself and all others similarly situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) COVENANT CARE SERVICES, LLC, et al., ) ) Defendants. ) ) | Case No. 1:14CV 26 ACL |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Defendants Covenant Care Services, LLC, Warren Reagan, Rebecca Reagan, and Chris Reagan, on Plaintiffs' Third Amended Complaint.

Dated this 12th day of January, 2017.

*abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE